IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj97-WC |
| RONNIE DALE NOBLE | ) | |

**ORDER**

For good cause,

It is ORDERED that a detention and preliminary hearing is set for **November 14, 2007 at 2:00 p.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 9th day of November, 2007.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE