**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-mj-97-WC** |
| | ) | |
| **RONNIE DALE NOBLE** | ) | |

**MOTION TO WITHDRAW AND**
**FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the Undersigned Counsel, Donnie W. Bethel, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA panel attorney on behalf of Defendant, Ronnie Dale Noble. In support of this Motion, counsel states the following:

1.    The Federal Defender Office was appointed to represent Mr. Noble on November 8, 2007, with respect to allegations involving possession of methamphetamine with the intent to distribute. Undersigned Counsel filed his notice of appearance on November 13, 2007. On that same date Undersigned Counsel discovered that the Office of the Federal Defender has a conflict of interest in any further representation of Mr. Noble, and thus Undersigned Counsel seeks to withdraw from representing him.

2.    The CJA Panel liaison in the Office of the Federal Defender is currently seeking a panel attorney to represent Mr. Noble, but a particular attorney who can accept an appointment has not yet been identified. Therefore, Undersigned Counsel also requests that the detention and preliminary hearings now set for 2:00 p.m. on November 14, 2007, be postponed until the Court appoints a Panel Attorney.

**WHEREFORE**, Undersigned Counsel prays that the Court grant this Motion.

Dated this 13th day of November, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-mj-97-WC** |
| | ) | |
| **RONNIE DALE NOBLE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following: A. Clark Morris, Esq., Assistant U. S. Attorney

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49