IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          CR. NO.:2:07mj097-WC
                                  )
RONNIE DALE NOBLE                 )


## <u>ORDER ON MOTION</u>

Upon consideration of Defendant's Motion to Withdraw and Appointment of CJA Panel Attoreny (Doc. #8), in which Defendant also requests a continuance of the preliminary and detention hearing, currently set for 14 November 2007, at 2:00 P.M., and for good cause, it is

ORDERED that the motions are (Doc. #8) GRANTED.  The hearing is reset for **19 November 2007, at 10:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

 Done this 14th  day of November, 2007.


                          /s/ Wallace Capel, Jr.
                          WALLACE CAPEL, JR.
                          UNITED STATES MAGISTRATE JUDGE